Carl D. Crowell, OSB No. 982049
email: carl@crowell-law.com
Drew P. Taylor, OSB No. 135974
email: drew@crowell-law.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **COBBLER NEVADA, LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **PETER DREVETS,** <br><br> Defendant. | Case No.: 6:15-cv-00862-ST <br><br> PLAINTIFF'S NOTICE OF SETTLEMENT <br><br> LR 41-1(a) |

NOTICE OF SETTLEMENT

Pursuant to LR 41-1(a), plaintiff provides that plaintiff and defendant, through counsel, have reached a substantial agreement about the terms of a settlement and anticipate a final form of consent judgment to be submitted to the court within 45 days.

DATED: December 14, 2015.

/s/ Drew P. Taylor
Carl D. Crowell, OSB No. 982049
email: carl@crowell-law.com
Drew P. Taylor, OSB No. 135974
email: drew@crowell-law.com
(503) 581-1240
Of attorneys for plaintiff